1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALAN WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN,<br><br>Respondent. | Case No. CV 12-08287 MCS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|---|---|

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections were directed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

    IT IS ORDERED that Grounds One, Three, and Four are dismissed with prejudice.

    IT IS FURTHER ORDERED that the Magistrate Judge hold an evidentiary hearing regarding Petitioner's claim under Ground Two that trial counsel rendered

ineffective assistance by failing to interview and call witnesses Garrison and Ward and that the remaining claims under Ground Two be dismissed with prejudice.

DATED: November 18, 2020

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE