**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALAN WILLIAMS,

          Petitioner,

        v.

FIDENCIO N. GUZMÁN,

          Respondent.

Case No. 2:12-cv-08287-MCS-RAO

**JUDGMENT**

1

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, it is ordered, adjudged, and decreed that the petition is granted. Respondent Fidencio N. Guzman shall release Petitioner Alan Williams within seven days after entry of this Judgment, subject to appropriate release conditions, unless the State of California elects to retry Petitioner. Respondent shall file a report within 14 days of entry of this Judgment stating whether Petitioner was released or will be retried.

**IT IS SO ORDERED.**

Dated: February 24, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2